a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TAZ DOUGLAS LAMBERT, Plaintiff | CIVIL DOCKET NO. 1:25-CV-00979 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| U S BUREAU OF PRISONS ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

MEMORANDUM ORDER

Before the Court is a civil Complaint filed by Taz Douglas Lambert ("Lambert") under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) and the Federal Tort Claims Act ("FTCA"), 28 U.S.C, § 2675(a). Lambert seeks damages for the death of Mark Charles Lambert ("Mark") at the United States Penitentiary in Pollock, Louisiana ("USP-P"). ECF No. 1.

Because Lambert is neither a prisoner nor proceeding *in forma pauperis*, and to determine whether the Court has jurisdiction, the Complaint will be SERVED.

I. Background

Lambert alleges that Mark died on July 3, 2023, after prison staff at USP-P failed to respond to his medical emergency. ECF No. 1 at 3. Lambert filed an administrative tort claim with the Bureau of Prisons ("BOP") on February 24, 2025. ECF No. 1 at 7.

Lambert was ordered to amend the Complaint to state whether he received a final denial of his tort claim prior to filing suit. In response, Lambert merely renews the original allegations. Thus, it is unclear whether the Court has jurisdiction under the FTCA.

II.  <u>Law and Analysis</u>

To determine whether the Court has jurisdiction and whether Lambert is entitled to relief, THE CLERK IS DIRECTED to mail to Lambert at his last known address a copy of this Order and summonses for service on each Defendant.

Lambert must then, **<u>within 90 days of the date of this Order</u>**, complete the summons forms and serve a summons, a copy of the Complaint (ECF No. 1), and a copy of this Memorandum Order on each Defendant in accordance with Rules 4(e), 4(i), and 4(m) of the Federal Rules of Civil Procedure.

IT IS ORDERED that Defendants file an answer or a motion to dismiss within 60 days of service.

(1)  Discovery must be conducted within 60 days from the filing of an answer or the denial of a motion to dismiss.

(2)  Within 30 days of the completion of discovery, the parties may file a motion for summary judgment, if deemed appropriate. However, any party not filing a motion for summary judgment MUST FILE a Statement of Issues within the same period, listing disputed issues of fact for trial.

Finally, as a condition to acceptance by the Clerk, all future filings by Plaintiff or Defendants shall include a certificate indicating that a copy has been furnished to the other parties, specifically stating the name and address of each party (or his attorney) to whom a copy of the pleading was sent.

SIGNED on Thursday, January 8, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE