**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **TAZ DOUGLAS LAMBERT** | **CASE NO. 1:25-CV-00979 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S BUREAU OF PRISONS ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 20] and noting no written and filed objections thereto,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion to Dismiss [Doc. No. 15] filed by Defendant, the United States of America, is **GRANTED**.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that *pro se* Plaintiff Taz Douglas Lambert's ("Lambert") FTCA claim is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Lambert's request for criminal prosecution and constitutional claims against the United States and the Federal Bureau of Prisons are **DISMISSED WITH PREJUDICE** for failure to state a claim.

MONROE, LOUISIANA, this 18th day of August 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE